**S. AMANDA MARSHALL, OSB # 953473**
United States Attorney
District of Oregon
**KATHLEEN BICKERS, OSB # 851516**
kathleen.bickers@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:   (503) 727-1060
Facsimile:    (503) 727-1117
         Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 3:14-MC-00165-BR |
| **Petitioner,** | |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| **MICHAEL V. ROBERTS**, | |
| **Respondent.** | |

Petitioner, by S. Amanda Marshall, United States Attorney for the District of Oregon, and through Kathleen Bickers, Assistant United States Attorney for the District of Oregon (AUSA), hereby gives notice of voluntary dismissal of these proceedings.

Petitioner has not been successful in personal service upon Respondent.   Therefore, Petitioner gives this notice of voluntary dismissal without prejudice.

Dated this 24th day of December, 2014.

                                        Respectfully submitted,

                                        S. AMANDA MARSHALL
                                        United States Attorney
                                        District of Oregon


                                        */s/ Kathleen Bickers*
                                        KATHLEEN BICKERS
                                        Assistant United States Attorney